**[J-73-2024]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| T. LEE ROUSE, | : No. 6 WAP 2024 |
| | : |
| Appellant | : Appeal from the Order of the |
| | : Superior Court entered May 15, |
| | : 2023, at No. 828 WDA 2022 |
| v. | : |
| | : |
| | : |
| KIMBERLY ROSENBERG AND HOWARD | : |
| ROSENBERG, HER HUSBAND AND | : |
| MARTHA LAUX, | : |
| | : |
| Appellees | : |

## ORDER

**PER CURIAM**

     **AND NOW,** this 26th day of September, 2024, the appeal is **DISMISSED** as having been improvidently granted. Oral argument scheduled for October 10, 2024, is cancelled.

     Justice Wecht did not participate in the consideration or decision of this matter.